**Exhibit A to Short Form Complaint in *In re: Aqueous Film-Forming Foams Products Liability Litigation*, MDL 2873**

|  | Plaintiff Name (if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name") | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Forrest, Chris | 1/9/1959 | CA | Southern District of California | No | Yes | No | Kidney Cancer | Counts I-XI |
| 2. | Fox III, Wesley | 12/10/1962 | CA | Southern District of California | Yes | Yes | No | Kidney Cancer | Counts I-XI |
| 3. | Francis, Christopher | 2/8/1986 | CA | Southern District of California | No | Yes | No | Kidney Cancer | Counts I-XI |
| 4. | Franklin, Gilbert | 5/3/1974 | CA | Southern District of California | No | Yes | No | Kidney Cancer | Counts I-XI |
| 5. | Friedlander, Gabriel | 11/14/1994 | CA | Southern District of California | No | Yes | No | Testicular Cancer | Counts I-XI |
| 6. | Fuentez, Tracy | 11/5/1960 | CA | Southern District of California | No | Yes | No | Kidney Cancer | Counts I-XI |
| 7. | Furbush, Paul | 4/6/1960 | CA | Southern District of California | No | Yes | No | Kidney Cancer | Counts I-XI |
| 8. | Garcia, Daniel | 5/29/1962 | CA | Southern District of California | No | Yes | No | Kidney Cancer | Counts I-XI |
| 9. | Garcia, Sergio | 10/4/1992 | CA | Southern District of California | No | Yes | No | Testicular Cancer | Counts I-XI |
| 10. | Garza, Juan | 7/30/1967 | CA | Southern District of California | No | Yes | No | Kidney Cancer, and Thyroid Disease | Counts I-XI |
| 11. | Gaunt, Dianne | 6/1/1955 | CA | Southern District of California | No | Yes | No | Kidney Cancer | Counts I-XI |
| 12. | Geschwind, Tracy | 7/15/1961 | CA | Southern District of California | No | Yes | No | Kidney Cancer | Counts I-XI |
| 13. | Giacomelli, Federico | 1/3/1991 | CA | Southern District of California | No | Yes | No | Testicular Cancer | Counts I-XI |
| 14. | Gibson, Elizabeth | 6/18/1962 | CA | Southern District of California | No | Yes | No | Kidney Cancer | Counts I-XI |
| 15. | Gil Jr, Arthur | 9/13/1946 | CA | Southern District of California | Yes | Yes | No | Kidney Cancer | Counts I-XI |
| 16. | Gonzales, Mark | 2/4/1955 | CA | Southern District of California | No | Yes | No | Kidney Cancer | Counts I-XI |
| 17. | Goodfriend, Michelle | 8/30/1965 | CA | Southern District of California | No | Yes | No | Kidney Cancer | Counts I-XI |
| 18. | Goodloe, Nakashema | 1/17/1974 | CA | Southern District of California | No | Yes | No | Kidney Cancer | Counts I-XI |
| 19. | Gorr, Linda | 11/6/1953 | CA | Southern District of California | No | Yes | No | Kidney Cancer | Counts I-XI |
| 20. | Gotchet, Ronald | 8/3/1959 | CA | Southern District of California | Yes | Yes | No | Kidney Cancer | Counts I-XI |
| 21. | Govan, Mercier | 12/8/1983 | CA | Southern District of California | Yes | Yes | No | Testicular Cancer, Ulcerative Colitis | Counts I-XI |
| 22. | Granados De Perez, Reyna | 1/5/1956 | CA | Southern District of California | No | Yes | No | Kidney Cancer, and Thyroid Disease | Counts I-XI |
| 23. | Green, Tricia | 2/13/1967 | CA | Southern District of California | No | Yes | No | Kidney Cancer, and Thyroid Disease | Counts I-XI |
| 24. | Grigolla, Noah | 5/7/1997 | CA | Southern District of California | No | Yes | No | Kidney Cancer, and Thyroid Disease | Counts I-XI |
| 25. | Hall, Eddie | 7/27/1976 | CA | Southern District of California | No | Yes | No | Testicular Cancer, and Ulcerative Colitis | Counts I-XI |
| 26. | Hall, Sandra | 9/7/1958 | CA | Southern District of California | No | Yes | No | Kidney Cancer, Thyroid Disease | Counts I-XI |
| 27. | Hamilton, Donald | 8/3/1940 | CA | Southern District of California | No | Yes | No | Kidney Cancer, Liver Cancer, and Thyroid Disease | Counts I-XI |
| 28. | Hard, Daniel | 9/11/1962 | CA | Southern District of California | Yes | Yes | No | Testicular Cancer, and Thyroid Disease | Counts I-XI |
| 29. | Hardy, Jeremy | 2/25/1981 | CA | Southern District of California | Yes | Yes | No | Kidney Cancer | Counts I-XI |
| 30. | Haro, Basilio | 6/1/1949 | CA | Southern District of California | No | Yes | No | Testicular Cancer, Thyroid Disease | Counts I-XI |
| 31. | Harris, James | 1/19/1951 | CA | Southern District of California | No | Yes | No | Kidney Cancer | Counts I-XI |
| 32. | Harry, Jr., Julius | 8/12/1958 | CA | Southern District of California | No | Yes | No | Kidney Cancer, and Testicular Cancer | Counts I-XI |
| 33. | Hellen, Theodore | 5/1/1984 | CA | Southern District of California | No | Yes | No | Testicular Cancer | Counts I-XI |
| 34. | Helton-Davis, Sonyja | 10/13/1953 | CA | Southern District of California | No | Yes | No | Kidney Cancer, and Thyroid Disease | Counts I-XI |
| 35. | Henriquez, Frank | 5/21/1973 | CA | Southern District of California | No | Yes | No | Kidney Cancer | Counts I-XI |
| 36. | Hernandez, Felix J. | 10/23/1983 | CA | Southern District of California | No | Yes | No | Testicular Cancer | Counts I-XI |
| 37. | Hernandez, Joe | 3/19/1973 | CA | Southern District of California | No | Yes | No | Kidney Cancer | Counts I-XI |

| # | Name | DOB | State | District | Col6 | Col7 | Col8 | Condition | Counts |
|---|---|---|---|---|---|---|---|---|---|
| 38. | Hildebrand, Connor | 5/8/1997 | CA | Southern District of California | No | Yes | No | Testicular Cancer | Counts I-XI |
| 39. | Hoag, Ruane | 3/9/1965 | CA | Southern District of California | No | Yes | No | Kidney Cancer | Counts I-XI |
| 40. | Hooper, Chad | 1/12/1977 | CA | Southern District of California | No | Yes | No | Kidney Cancer | Counts I-XI |
| 41. | Horvatich, Alan | 7/27/1965 | CA | Southern District of California | No | Yes | No | Kidney Cancer | Counts I-XI |
| 42. | Hsu, Meiling | 4/24/1944 | CA | Southern District of California | No | Yes | No | Kidney Cancer | Counts I-XI |
| 43. | Hughes, III, Harold | 2/11/1986 | CA | Southern District of California | No | Yes | No | Testicular Cancer | Counts I-XI |
| 44. | Interiano, Hector | 5/11/1969 | CA | Southern District of California | No | Yes | No | Kidney Cancer | Counts I-XI |
| 45. | Isenbarger, Natashia | 10/17/1964 | CA | Southern District of California | No | Yes | No | Kidney Cancer | Counts I-XI |
| 46. | Jackson, William | 2/29/1972 | CA | Southern District of California | Yes | Yes | No | Kidney Cancer | Counts I-XI |
| 47. | Jaramillo, Alejandro | 9/29/1986 | CA | Southern District of California | No | Yes | No | Testicular Cancer | Counts I-XI |
| 48. | Jennings, Thomas | 3/4/1958 | CA | Southern District of California | Yes | Yes | No | Kidney Cancer | Counts I-XI |
| 49. | Jennings, William | 3/9/1949 | CA | Southern District of California | No | Yes | No | Kidney Cancer | Counts I-XI |
| 50. | Johnson, Aaron | 8/29/1987 | CA | Southern District of California | No | Yes | No | Testicular Cancer | Counts I-XI |
| 51. | Johnson, Cassandra | 10/2/1982 | CA | Southern District of California | No | Yes | No | Kidney Cancer | Counts I-XI |
| 52. | Johnson, Nancy | 8/20/1949 | CA | Southern District of California | No | Yes | No | Kidney Cancer | Counts I-XI |
| 53. | Johnson, Robert | 2/17/1977 | CA | Southern District of California | Yes | Yes | No | Kidney Cancer | Counts I-XI |
| 54. | Johnson Jr, Arthur | 3/13/1953 | CA | Southern District of California | No | Yes | No | Testicular Cancer | Counts I-XI |
| 55. | Jones, Allison | 6/8/1974 | CA | Southern District of California | No | Yes | No | Kidney Cancer | Counts I-XI |
| 56. | Jones, Dennis | 3/22/1956 | CA | Southern District of California | Yes | Yes | No | Kidney Cancer | Counts I-XI |
| 57. | Jorshari, Morteza | 6/19/1957 | CA | Southern District of California | No | Yes | No | Kidney Cancer | Counts I-XI |
| 58. | Joseph, Derrick | 10/25/1975 | CA | Southern District of California | Yes | Yes | No | Kidney Cancer | Counts I-XI |
| 59. | Juarez Gutierrez, Jaime | 10/7/1980 | CA | Southern District of California | No | Yes | No | Kidney Cancer | Counts I-XI |
| 60. | Judd, Charles | 8/17/1955 | CA | Southern District of California | Yes | Yes | No | Kidney Cancer | Counts I-XI |
| 61. | Keffer, Roland D | 6/28/1944 | CA | Southern District of California | No | Yes | No | Kidney Cancer | Counts I-XI |
| 62. | Kemp, Calvin | 8/29/1946 | CA | Southern District of California | Yes | Yes | No | Kidney Cancer | Counts I-XI |
| 63. | Kendrick, Alan | 9/2/1969 | CA | Southern District of California | No | Yes | No | Testicular Cancer | Counts I-XI |
| 64. | Kennedy, Troy | 11/15/1960 | CA | Southern District of California | Yes | Yes | No | Kidney Cancer | Counts I-XI |
| 65. | Khan, Adnan A. | 1/29/1984 | CA | Southern District of California | No | Yes | No | Kidney Cancer, and Testicular Cancer | Counts I-XI |
| 66. | Klinkovskaya, Irina | 1/16/1958 | CA | Southern District of California | No | Yes | No | Kidney Cancer | Counts I-XI |
| 67. | Kluge, Robert | 1/4/1960 | CA | Southern District of California | Yes | Yes | No | Kidney Cancer | Counts I-XI |
| 68. | Knudtson, Rustin | 11/30/1982 | CA | Southern District of California | No | Yes | No | Testicular Cancer | Counts I-XI |
| 69. | Kushman, Karen | 12/7/1953 | CA | Southern District of California | No | Yes | No | Kidney Cancer, and Thyroid Disease | Counts I-XI |
| 70. | Kushman, Leonard | 4/14/1953 | CA | Southern District of California | No | Yes | No | Kidney Cancer, Testicular Cancer | Counts I-XI |
| 71. | Lacy, Ryan | 5/27/1987 | CA | Southern District of California | Yes | Yes | No | Kidney Cancer | Counts I-XI |
| 72. | Ladner, Gloria | 4/21/1962 | CA | Southern District of California | No | Yes | No | Kidney Cancer | Counts I-XI |
| 73. | Lampard, Buck | 7/7/1991 | CA | Southern District of California | Yes | Yes | No | Testicular Cancer | Counts I-XI |
| 74. | Langi, Paulo | 1/24/1953 | CA | Southern District of California | No | Yes | No | Kidney Cancer, and Liver Cancer | Counts I-XI |
| 75. | Lavian, Rabi | 4/21/1955 | CA | Southern District of California | No | Yes | No | Kidney Cancer | Counts I-XI |
| 76. | Lee, Jeffrey R | 6/26/1963 | CA | Southern District of California | No | Yes | No | Testicular Cancer | Counts I-XI |
| 77. | Leonard, Virgil | 8/20/1970 | CA | Southern District of California | No | Yes | No | Kidney Cancer | Counts I-XI |
| 78. | Lindsay, Karen | 4/24/1954 | CA | Southern District of California | No | Yes | No | Kidney Cancer | Counts I-XI |
| 79. | Lizotte, Wayne | 4/27/1950 | CA | Southern District of California | No | Yes | No | Kidney Cancer | Counts I-XI |
| 80. | Lopez, Pedro F | 9/29/1984 | CA | Southern District of California | Yes | Yes | No | Kidney Cancer | Counts I-XI |
| 81. | Lopez, Veronica | 5/6/1970 | CA | Southern District of California | No | Yes | No | Kidney Cancer | Counts I-XI |
| 82. | Lopez Gonzalez, Enrique | 11/7/1965 | CA | Southern District of California | No | Yes | No | Kidney Cancer | Counts I-XI |
| 83. | Lowe, Jr, Robert F | 9/5/1963 | CA | Southern District of California | No | Yes | No | Testicular Cancer | Counts I-XI |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 84. | Lucero, John | 1/8/1938 | CA | Southern District of California | Yes | Yes | No | Kidney Cancer | Counts I-XI |
| 85. | Lyskoski, Hayden | 1/27/1998 | CA | Southern District of California | No | Yes | No | Testicular Cancer | Counts I-XI |
| 86. | MacClary, Austin | 2/28/1989 | CA | Southern District of California | No | Yes | No | Testicular Cancer | Counts I-XI |
| 87. | Malone, Sandra D. | 10/26/1963 | CA | Southern District of California | Yes | Yes | No | Kidney Cancer, and Thyroid Disease | Counts I-XI |
| 88. | Manaiza, Jose | 12/14/1960 | CA | Southern District of California | No | Yes | No | Kidney Cancer | Counts I-XI |
| 89. | Marino, Thomas | 4/18/1980 | CA | Southern District of California | No | Yes | No | Kidney Cancer | Counts I-XI |
| 90. | Martin, Joseph | 12/22/1969 | CA | Southern District of California | Yes | Yes | No | Testicular Cancer | Counts I-XI |
| 91. | Mathews, Scott | 5/22/1958 | CA | Southern District of California | Yes | Yes | No | Kidney Cancer | Counts I-XI |
| 92. | Matthews, Gerald | 10/3/1951 | CA | Southern District of California | No | Yes | No | Kidney Cancer | Counts I-XI |
| 93. | Maxwell, Ryan | 8/7/1976 | CA | Southern District of California | No | Yes | No | Testicular Cancer | Counts I-XI |
| 94. | McClaran, Anne | 7/22/1957 | CA | Southern District of California | No | Yes | No | Kidney Cancer, and Thyroid Disease | Counts I-XI |
| 95. | McFarland, Robroy | 2/27/1964 | CA | Southern District of California | Yes | Yes | No | Kidney Cancer, and Thyroid Disease | Counts I-XI |
| 96. | McGinnis, Jr, Donald | 1/5/1954 | CA | Southern District of California | No | Yes | No | Kidney Cancer | Counts I-XI |
| 97. | McMurray, Robert H | 10/22/1965 | CA | Southern District of California | No | Yes | No | Kidney Cancer, and Thyroid Disease | Counts I-XI |
| 98. | McNicholas, Dennis | 9/29/1945 | CA | Southern District of California | Yes | Yes | No | Testicular Cancer | Counts I-XI |
| 99. | Medina, Angeles | 9/21/1998 | CA | Southern District of California | No | Yes | No | Kidney Cancer | Counts I-XI |
| 100. | Medina, Karen | 1/23/1964 | CA | Southern District of California | No | Yes | No | Kidney Cancer | Counts I-XI |
| 101. | Mendiola, Roy M | 10/22/1965 | CA | Southern District of California | No | Yes | No | Kidney Cancer | Counts I-XI |
| 102. | Mendoza, Matthew | 9/10/1997 | CA | Southern District of California | No | Yes | No | Testicular Cancer | Counts I-XI |
| 103. | Meno, Daniel | 5/7/1971 | CA | Southern District of California | No | Yes | No | Kidney Cancer | Counts I-XI |
| 104. | Michael, Ghanim G | 2/15/1937 | CA | Southern District of California | No | Yes | No | Kidney Cancer, and Thyroid Disease | Counts I-XI |
| 105. | Michael, Robert | 11/19/1983 | CA | Southern District of California | Yes | Yes | No | Testicular Cancer, and Ulcerative Colitis | Counts I-XI |
| 106. | Mier, Robert | 1/17/1954 | CA | Southern District of California | Yes | Yes | No | Kidney Cancer | Counts I-XI |
| 107. | Minor, Mearil | 9/11/1987 | CA | Southern District of California | Yes | Yes | No | Testicular Cancer | Counts I-XI |
| 108. | Moller, Jordan | 10/10/1958 | CA | Southern District of California | No | Yes | No | Kidney Cancer | Counts I-XI |
| 109. | Mondragon, Jose | 5/26/2000 | CA | Southern District of California | No | Yes | No | Testicular Cancer | Counts I-XI |
| 110. | Montalvo, Catherine | 10/10/1956 | CA | Southern District of California | No | Yes | No | Kidney Cancer | Counts I-XI |
| 111. | Montenegro, Jr, Richard | 7/24/1991 | CA | Southern District of California | No | Yes | No | Testicular Cancer | Counts I-XI |
| 112. | Moon, Sheila | 8/18/1946 | CA | Southern District of California | No | Yes | No | Kidney Cancer, and Thyroid Disease | Counts I-XI |
| 113. | Moore, Devon | 8/16/1993 | CA | Southern District of California | Yes | Yes | No | Testicular Cancer, Thyroid Cancer | Counts I-XI |
| 114. | Morris, William | 3/30/1951 | CA | Southern District of California | Yes | Yes | No | Kidney Cancer | Counts I-XI |
| 115. | Morrow, Michael | 12/25/1974 | CA | Southern District of California | No | Yes | No | Testicular Cancer | Counts I-XI |
| 116. | Morse, Mickey | 12/29/1963 | CA | Southern District of California | No | Yes | No | Kidney Cancer | Counts I-XI |
| 117. | Moseley, Brett | 3/3/1986 | CA | Southern District of California | No | Yes | No | Testicular Cancer, Thyroid Disease, Ulcerative Colitis | Counts I-XI |
| 118. | Moshiri, Shahrokh | 8/24/1963 | CA | Southern District of California | No | Yes | No | Kidney Cancer | Counts I-XI |
| 119. | Moss, Jake | 10/30/1988 | CA | Southern District of California | No | Yes | No | Testicular Cancer | Counts I-XI |
| 120. | Murray, Charles | 12/8/1965 | CA | Southern District of California | Yes | Yes | No | Kidney Cancer | Counts I-XI |
| 121. | Nelson, Jr., Ralph | 1/20/1967 | CA | Southern District of California | Yes | Yes | No | Kidney Cancer | Counts I-XI |
| 122. | Newman, Monique | 12/25/1983 | CA | Southern District of California | No | Yes | No | Kidney Cancer | Counts I-XI |
| 123. | Nichols, Rion | 10/19/1981 | CA | Southern District of California | No | Yes | No | Kidney Cancer | Counts I-XI |
| 124. | Nusslein, Robert | 10/27/1975 | CA | Southern District of California | No | Yes | No | Kidney Cancer | Counts I-XI |
| 125. | Olvera, Jose | 1/26/1955 | CA | Southern District of California | Yes | Yes | No | Kidney Cancer | Counts I-XI |
| 126. | Orange, Sr., Leo | 12/11/1964 | CA | Southern District of California | No | Yes | No | Kidney Cancer | Counts I-XI |
| 127. | Oringer, Chad | 11/27/1977 | CA | Southern District of California | No | Yes | No | Testicular Cancer | Counts I-XI |
| 128. | Orozco, Alvaro | 6/12/1956 | CA | Southern District of California | No | Yes | No | Testicular Cancer, Ulcerative Colitis | Counts I-XI |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 129. | Parole, Randy | 1/2/1959 | CA | Southern District of California | No | Yes | No | Kidney Cancer | Counts I-XI |
| 130. | Pekarek, Dean | 3/16/1968 | CA | Southern District of California | No | Yes | No | Kidney Cancer | Counts I-XI |
| 131. | Perez, Margaret | 7/26/1944 | CA | Southern District of California | No | Yes | No | Kidney Cancer | Counts I-XI |
| 132. | Perez, Monserrate | 1/8/1977 | CA | Southern District of California | No | Yes | No | Testicular Cancer | Counts I-XI |
| 133. | Peters, Richard | 2/18/1965 | CA | Southern District of California | Yes | Yes | No | Kidney Cancer | Counts I-XI |
| 134. | Pflieger, Brian | 8/3/1969 | CA | Southern District of California | No | Yes | No | Kidney Cancer | Counts I-XI |
| 135. | Piris, Tina | 8/28/1966 | CA | Southern District of California | No | Yes | No | Kidney Cancer | Counts I-XI |
| 136. | Pitcher, Mark | 10/17/1962 | CA | Southern District of California | No | Yes | No | Kidney Cancer | Counts I-XI |
| 137. | Polaco, Joseph | 1/27/1964 | CA | Southern District of California | No | Yes | No | Testicular Cancer | Counts I-XI |
| 138. | Power, Michael | 10/25/1978 | CA | Southern District of California | No | Yes | No | Testicular Cancer | Counts I-XI |
| 139. | Premo, George | 6/18/1955 | CA | Southern District of California | No | Yes | No | Kidney Cancer | Counts I-XI |
| 140. | Prentice, Vickie | 1/4/1975 | CA | Southern District of California | No | Yes | No | Kidney Cancer | Counts I-XI |
| 141. | Price, Robin H | 11/7/1954 | CA | Southern District of California | No | Yes | No | Kidney Cancer, and Thyroid Disease | Counts I-XI |
| 142. | Pride, Lula | 7/3/1944 | CA | Southern District of California | Yes | Yes | No | Kidney Cancer | Counts I-XI |
| 143. | Prieto, Hector | 5/14/1969 | CA | Southern District of California | No | Yes | No | Testicular Cancer | Counts I-XI |
| 144. | Quilliam, Richard | 5/20/1984 | CA | Southern District of California | No | Yes | No | Testicular Cancer, Ulcerative Colitis | Counts I-XI |
| 145. | Ramierez, Lourdes | 10/12/1977 | CA | Southern District of California | No | Yes | No | Kidney Cancer | Counts I-XI |
| 146. | Ramos, III, Phillip | 10/1/1968 | CA | Southern District of California | Yes | Yes | No | Kidney Cancer | Counts I-XI |
| 147. | Razo, Jr., Paul | 1/14/1962 | CA | Southern District of California | No | Yes | No | Testicular Cancer | Counts I-XI |
| 148. | Reckon, James | 8/12/1963 | CA | Southern District of California | No | Yes | No | Kidney Cancer | Counts I-XI |
| 149. | Reyes, Christian | 12/25/1996 | CA | Southern District of California | No | Yes | No | Testicular Cancer | Counts I-XI |
| 150. | Reyes, Jonatan | 5/27/1986 | CA | Southern District of California | No | Yes | No | Testicular Cancer | Counts I-XI |